B6F (Official Form 6F) (12/07)

In re **Catherine Glass**, Case No. **15-31611**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 1**<br>**BARCLAYS BANK OF DELAWARE**<br>**P.O. BOX 8803**<br>**Wilmington, DE 19899** | | - | **CREDIT CARD** | | | | 1,841.00 |
| Account No.<br>**Creditor #: 2**<br>**BARCLAYS BANK OF DELAWARE**<br>**P.O. BOX 8803**<br>**Wilmington, DE 19899** | | - | **CREDIT CARD** | | | | 1,363.00 |
| Account No.<br>**Creditor #: 3**<br>**BARCLAYS BANK OF DELAWARE**<br>**P.O. BOX 8803**<br>**Wilmington, DE 19899** | | - | **CREDIT CARD** | | | | 882.00 |
| Account No.<br>**Creditor #: 4**<br>**CAP ONE**<br>**P.O. BOX 85015**<br>**Richmond, VA 23285-5075** | | - | **CREDIT CARD** | | | | 1,996.00 |
| **_4_** continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 6,082.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Catherine Glass**, Case No. **15-31611**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 5<br>Covington Credit<br>1609 W. Montgomery Rd<br>SUITE A<br>Tuskegee Institute, AL 36088 | | - | LOAN | | | | 1,053.00 |
| Account No.<br>Creditor #: 6<br>CREDIT CENTRAL<br>1409 GILMER AVE SUITE 4<br>Tallassee, AL 36078 | | - | LOAN | | | | 1,189.00 |
| Account No.<br>Creditor #: 7<br>CURADEBT<br>400 Hollywood Blvd<br>Suite 555-S<br>Hollywood, FL 33021 | | - | DEBT RELIEF | | | | 0.00 |
| Account No.<br>Creditor #: 8<br>DFS/WEBBK<br>P O Box 81607<br>Austin, TX 78708 | | - | CHARGE | | | | 512.00 |
| Account No.<br>Creditor #: 9<br>FINGERHUT/WEBBANK<br>6250 RIDGEWOOD ROAD<br>Saint Cloud, MN 56303 | | - | CHARGE | | | | 67.00 |

Sheet no. **1** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,821.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Catherine Glass**, Case No. **15-31611**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 10**<br>**FNB OMAHA**<br>**P.O. BOX 3412**<br>**Omaha, NE 68197** | - | | **CREDIT CARD** | | | | 1,779.00 |
| Account No.<br>**Creditor #: 11**<br>**GLOBAL CLIENT SOLUTIONS**<br>**4500 S 129TH E AVE STE 175**<br>**Tulsa, OK 74134** | - | | | | | | 0.00 |
| Account No.<br>**Creditor #: 12**<br>**LENDMARK**<br>**P.O. BOX 2969**<br>**Covington, GA 30015** | - | | **LOAN** | | | | 2,881.00 |
| Account No.<br>**Creditor #: 13**<br>**MONTGOMERY WARD**<br>**3650 MILWAUKEE STREET**<br>**Madison, WI 53714-2399** | - | | **PAST DUE BILL** | | | | 122.56 |
| Account No.<br>**MONTGOMERY WARD**<br>**P.O. BOX 535001**<br>**DALLAS, TX 75353** | | | **Representing:**<br>**MONTGOMERY WARD** | | | | Notice Only |

Sheet no. **2** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,782.56**

In re **Catherine Glass**, Debtor

Case No. **15-31611**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 14**<br>**SPRINGLEAF**<br>**1848 OPELIKA ROAD**<br>**Auburn, AL 36830** | | - | LOAN | | | | 2,907.00 |
| Account No.<br>**Creditor #: 15**<br>**SYNCB/WALMART**<br>**4125 WINDWARD PLAZA**<br>**Alpharetta, GA 30005** | | - | CHARGE | | | | 1,252.00 |
| Account No.<br>**Creditor #: 16**<br>**THD/CBNA**<br>**PO BOX 6497**<br>**Sioux Falls, SD 57117-6497** | | - | CHARGE | | | | 4,045.00 |
| Account No.<br>**Creditor #: 17**<br>**THD/CBNA**<br>**PO BOX 6497**<br>**Sioux Falls, SD 57117-6497** | | - | CHARGE | | | | 6,020.00 |
| Account No.<br>**Creditor #: 18**<br>**TITLE CASH**<br>**1409 S. COLLEGE ST, STE 120K**<br>**Auburn, AL 36832** | | - | PDL | | | | 400.00 |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **14,624.00**

In re   **Catherine Glass**  ,   Case No.   **15-31611**
　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 19**<br>**TRICO FINANCIAL**<br>**PO BOX 781301**<br>**Tallassee, AL 36078** | | - | LOAN | | | | 700.00 |
| Account No.<br>**Creditor #: 20**<br>**TVH FEDERAL CREDIT UNION**<br>**P.O. BOX 2151**<br>**TUEKEGEE, AL 36083** | | - | LOAN | | | | 3,166.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　**3,866.00**

Total (Report on Summary of Schedules)　**32,175.56**