UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 15−31611
Chapter 13

Catherine Glass

    Debtor

# ORDER CONFIRMING PLAN

The debtor's plan was filed on June 17, 2015. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Done this 21st day of November, 2015.

*Dwight A. Williams, Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge