The relief described hereinbelow is SO ORDERED

Done this 24th day of November, 2015.



*Dwight A. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | } | |
| | } | |
| Catherine Glass | } | CASE NO: 15-31611-DHW |
| SSN: xxx-xx-2456 | } | |
| | } | |
| | } | |
| Debtor | } | |

### ORDER ON OBJECTION TO CONFIRMATION
### FILED BY OCWEN LOAN SERVICING, LLC

This matter coming before the Court on the Objection to Confirmation filed by OCWEN LOAN SERVICING, LLC (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Objection to Confirmation is denied.
2. The Debtor will maintain direct payments for taxes and insurance.

### ### END OF ORDER ###

This document was prepared by:

Janna L. Ifshin
SIROTE & PERMUTT, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: (205) 918-5083

This Order was approved by the Debtor's Attorney and Curtis C. Reding, Trustee.